IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR114 |
| | ) | |
| v. | ) | |
| | ) | |
| GILBERTO CHAVEZ-MUNOZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to extend time (Filing No. 79). The Court notes plaintiff has no objection and finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted; defendant shall have until September 26, 2011, to comply with Paragraph 6 of the order on sentencing schedule.

2) Sentencing in this matter is rescheduled for:

**Tuesday, October 12, 2011, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 21st day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court