IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR114 |
| | ) | |
| v. | ) | |
| | ) | |
| JORGE FERNANDEZ-ROUSTAND, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Nichole L. Cavanaugh to withdraw as counsel for defendant (Filing No. 125). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Nichole L. Cavanaugh is deemed withdrawn as counsel of record for defendant.

DATED this 25th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court