IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR114 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLAN ROUSTAND-ROLON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for extension of time to file objections to presentence investigation report (Filing No. 114). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until December 19, 2011, to file objections to the presentence investigation report and a supporting brief

DATED this 9th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court