IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:11CR114 |
| v. | ) | |
| SILVIA SUSANA DUHART-OREA, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's affidavit accompanying motion for permission to appeal in forma pauperis (Filing No. 158). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion for permission to appeal in forma pauperis is granted; defendant may proceed on appeal without prepayment of costs.

DATED this 28th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court