IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR114 |
| | ) | |
| v. | ) | |
| | ) | |
| SILVIA SUSANA DUHART-OREA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Bilal A. Khaleeq, 4832 South 24th Street, Suite 200, Omaha, Nebraska, is appointed to represent defendant during sentencing proceedings involving a co-defendant.

DATED this 5th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court