IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:11CR114 |
| | ) | |
| v. | ) | |
| | ) | |
| SILVIA SUSANA DUHART-OREA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to quash order on motion for writ of habeas corpus ad testificadum (Filing No. 174). The sentencing hearing for co-defendant Jorge Fernandez-Roustand has been concluded, and the defendant was not called to testify. Accordingly,

IT IS ORDERED that defendant's motion to quash is denied as moot.

DATED this 10th day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court